# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
October 16, 2012

Lyle W. Cayce
Clerk

No. 12-30267
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOHN KELLY,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:05-CR-30040-2

Before HIGGINBOTHAM, SMITH, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent John Kelly has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Kelly has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 12-30267

excused from further responsibilities herein, and the APPEAL IS DISMISSED.
*See* 5TH CIR. R. 42.2.